# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

October 10, 2025

Lyle W. Cayce
Clerk

No. 24-30752
Summary Calendar

United States of America,

*Plaintiff—Appellee*,

*versus*

Jamarcus G Jackson,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 3:23-CR-13-4

Before Jones, Duncan, and Douglas, *Circuit Judges*.

Per Curiam:[*]

Jamarcus G. Jackson appeals his 180-month sentence following his guilty plea conviction for conspiracy to possess with intent to distribute methamphetamine. He challenges (1) the calculation of his base offense level under U.S.S.G. § 2D1.1, asserting that there was insufficient evidence to support treating an amount of unseized methamphetamine included in the

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-30752

district court's drug quantity calculation as actual methamphetamine and (2) the denial of a mitigating role reduction under U.S.S.G. § 3B1.2.

First, in light of the record evidence regarding the source and purity of the methamphetamine involved in the offense, the district court did not clearly err by inferring the purity of the unseized methamphetamine. *See United States v. Dinh*, 920 F.3d 307, 310, 313 (5th Cir. 2019); *United States v. Rodriguez*, 666 F.3d 944, 947 (5th Cir. 2012). Second, we are not persuaded that the district court clearly erred in finding that Jackson failed to make the required showing for a § 3B1.2 reduction. *See United States v. Castro*, 843 F.3d 608, 612-13 (5th Cir. 2016).

AFFIRMED.